IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Vera Shepard Charlot, | ) | C/A No. 3:11-579-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Honorable Michael B. Donley, *Secretary of the* | ) | |
| *Air Force;* Terry St. Peter; Dawn M. Moore; and | ) | |
| Clayton D. Leishman, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Vera Shepard Charlot, who is self-represented, filed this action against the named defendants alleging employment discrimination. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC for pretrial proceedings.

Plaintiff has submitted two documents entitled "Exhibit V" and "Exhibit W" which the plaintiff appears to intend the court to attach to her Complaint. (ECF No. 19.)[1] However, these attachments appear to be more appropriately presented as exhibits in connection with a dispositive motion or at trial. Moreover, the plaintiff has not complied with the requirements of the Federal Rules of Civil Procedure that specify the form of pleadings, signature requirements for pleadings, and procedures for amending pleadings. See Fed. R. Civ. P. 10, 11, & 15. Therefore, to the extent that the plaintiff seeks to add attachments to her Complaint, her request is denied without prejudice to present these exhibits and documents at the appropriate stage of these proceedings if otherwise permitted by law.

---

[1] The plaintiff previously separately submitted Exhibits A-U, which the Clerk of Court appended to the plaintiff's original Complaint prior to service on the defendants.



The Clerk of Court is directed to remove the plaintiff's additional attachments (currently docketed as ECF No. 19) from the docket and return the originals to the plaintiff. The plaintiff is advised that future filings must conform to the Federal Rules of Civil Procedure, the Local Rules, and the court's filing preferences, none of which contemplate the sporadic and haphazard submission of evidence to the Clerk of Court.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 30, 2011
Columbia, South Carolina